Audie J. de Castro, Esq. SBN 197217
Jonathan Elia, Esq. SBN 324956
DE CASTRO, P.C.
701 B Street, Suite 1745
San Diego, CA 92101
Telephone: (619) 702-8690
Facsimile: (619) 702-9401
Email: adecastro@decastropc.com
         jelia@decastropc.com

Attorneys for Defendants CALIDI BIOTHERAPEUTICS,
INC., a NEVADA CORPORATION, and CALIDI
BIOTHERAPEUTICS, INC., a DELAWARE
CORPORATION

Jonah Toleno, Esq. SBN 209600
GARCIA HONG LAW APC
10680 Treena Street, Suite 160
San Diego, CA 92131
Telephone: (858) 255-0163
Facsimile: (858) 724-1438
Email: jonah@garciahonglaw.com

Attorneys for Defendant
ALLAN J. CAMAISA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIAN ZENG,<br><br>Plaintiff,<br><br>v.<br><br>CALIDI BIOTHERAPEUTICS, INC., A NEVADA CORPORATION; CALIDI BIOTHERAPEUTICS, INC. A DELAWARE CORPORATION, AND ALLAN J. CAMAISA,<br><br>Defendants. | CASE NO.:  24-cv-2026-H-KSC<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR, ALTERNATIVELY, SUMMARY ADJUDICATION**<br><br>Judge: Hon. Marilyn Huff<br>Complaint Filed: October 29, 2024<br>Hearing Date: March 9, 2026<br>Hearing Time: 10:30 a.m.<br>Courtroom.: 12A |

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR,
ALTERNATIVELY, SUMMARY ADJUDICATION

TO ALL PARTIES AND TO ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at 10:30 a.m. Pacific Time on August 24, 2026, before the Honorable Judge Marilyn Huff in Courtroom 12A of the United States District Court, Southern District of California, James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, California 92101, DEFENDANTS CALIDI BIOTHERAPEUTICS, INC., a Nevada Corporation ("Calidi Nevada"), and CALIDI BIOTHERAPEUTICS, INC., a Delaware Corporation ("Calidi Delaware"), and ALLAN CAMAISA ("Camaisa"), (collectively, "Defendants'), will move the Court for an order for summary judgment, or in the alternative, summary adjudication, in favor of Defendants, pursuant to Rule 56 of the Federal Rules of Civil Procedure, on grounds that there is no genuine issue of material fact and Defendants are entitled to the requested judgment for the reasons set forth in their concurrently filed Memorandum of Points and Authorities (the "Motion").

Defendants further will request the Court, in their Motion, to grant their reasonable attorneys' fees and costs and necessary disbursements incurred in bringing their Motion, pursuant to Paragraph 7.8 of the Simple Agreement for Future Equity ("SAFE") between the Parties to this Action.

This Motion is based upon this Notice of Motion and Motion, the concurrently submitted Memorandum of Points and Authorities in support; the Declaration of Audie J. de Castro, and the exhibits attached thereto, the Declaration of Wendy Pizarro, and exhibits attached thereto, all pleadings and documents on file in this action, pending oral argument, and upon any other matters as may be presented to the Court at the hearing on this Motion.

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR, ALTERNATIVELY, SUMMARY ADJUDICATION

Dated:        June 1, 2026            DE CASTRO, P.C.


                                      By: s/ Audie J. de Castro
                                      Attorneys for Defendants
                                      CALIDI BIOTHERAPEUTICS,
                                      INC. (NEVADA) / CALIDI
                                      BIOTHERAPEUTICS, INC.
                                      (DELAWARE)
                                      Email: adecastro@decastropc.com


Dated:        June 1, 2026            GARCIA HONG LAW


                                      By: s/ Jonah A. Toleno
                                      Attorneys for Defendant
                                      ALLAN J. CAMAISA
                                      Email: jonah@garciahonglaw.com

DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR,
ALTERNATIVELY, SUMMARY ADJUDICATION