Steve A. Miller (SBN 171815)
Steve A. Miller, P.C.
1625 Larimer St., Ste. 2906
Denver, CO  80202
Tel. 303.892.9933
Fax. 303.892.8925
Email. sampc01@gmail.com

Attorney for Plaintiff Yian Zeng

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

YIAN ZENG,

                Plaintiff,

vs.

CALIDI BIOTHERAPEUTICS, INC., A NEVADA CORPORATION; CALIDI BIOTHERAPEUTICS, INC., A DELAWARE CORPORATION,

AND

ALLAN J. CAMAISA,

                Defendants

Case No.: 24-cv-2026-H-KSC

(1) PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE; AND

(2) REQUEST TO STAY SUMMARY JUDGMENT PROCEEDINGS

HEARING DATE:  AUGUST 3, 2026
JUDGE MARILYN L. HUFF
COURTROOM: 12A

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that Plaintiff Yian Zeng hereby moves this Court, pursuant to Federal Rule of Civil Procedure 41(a)(2), for an Order:

    1. Dismissing this action without prejudice;

    2. Ordering that each party shall bear its own attorneys' fees and costs; and

    3. Staying all proceedings related to Defendants' anticipated Motion for Summary Judgment pending the resolution of this Motion.

PAGE 1 OF 3

This Motion is made on the grounds that continued litigation is not economically viable given concerns regarding the collectability of any potential judgment (See attached Declaration of Yian Zeng) and that Defendants will not suffer plain legal prejudice from dismissal without prejudice.

During a Rule 408 conference on May 27, 2026, Plaintiff's counsel attempted to resolve this matter by proposing a stipulated dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Defendants' counsel declined and filed a Motion for Summary Judgment on June 1, 2026 (Dkt. 40).

Dated: June 2, 2026

STEVE A. MILLER, P.C.

s/Steve A. Miller
Attorney for Plaintiff Yian Zeng

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiff's Motion for Voluntary Dismissal Without Prejudice, attached Memorandum of Points and Authorities, and attached Declaration of Yian Zeng was served upon the attorneys for Calidi Biotherapeutics, Inc. (a Nevada Corporation), Calidi Biotherapeutics, Inc. (a Delaware Corporation), and Allan J. Camaisa, via this Court's ECF filing system on June 2, 2026.

Audie J. de Castro, Esq.
Jonathan Elia, Esq.
DE CASTRO, P.C.
701 B Street, Suite 1745
San Diego, CA 92101

Jonah Toleno, Esq.
GARCIA HONG LAW APC
10680 Treena Street, Suite 160
San Diego, CA 92131

STEVE A. MILLER, P.C.
s/Steve A. Miller
Attorney for Plaintiff
Yian Zeng

PAGE 3 OF 3