**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

YIAN ZENG,

Plaintiff,

v.

CALIDI BIOTHERAPEUTICS, INC., a Nevada corporation; CALIDI BIOTHERAPEUTICS, INC., a Delaware corporation; and ALLAN J. CAMAISA,

Defendants.

Case No.: 3:24-cv-02026-H-GC

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS**

[Doc. No. 52]

On June 1, 2026, Defendants Calidi Biotherapeutics, Inc. (a Delaware Corporation), Calidi Biotherapeutics, Inc. (a Nevada Corporation), and Allan J. Camaisa (collectively, “Defendants”) filed a motion for summary judgment. (Doc. No. 40.) On June 2, 2026, Plaintiff Yiang Zeng filed a motion for voluntary dismissal without prejudice, requesting to stay summary judgment proceedings. (Doc. No. 41.) On July 17, 2026, Defendants filed their response in opposition to Plaintiff’s motion. (Doc. No. 42.) On July 24, 2026, Plaintiff filed its reply. (Doc. No. 43.) On August 10, 2026, Plaintiff filed its response in opposition to Defendants’ motion. (Doc. No. 45.) On August 12, 2026, the Court took both parties’ motions under submission. (Doc. No. 46.)

On August 31, 2026, Defendants filed the current motion for leave to file a supplemental declaration to its opposition to Plaintiff's motion to dismiss. (Doc. No. 52.) On September 1, 2026, Plaintiff filed its response in opposition. (Doc. No. 53.) On September 2, 2026, Defendants filed their reply. (Doc. No. 54.) For the reasons below, the Court grants Defendants' motion.

## Discussion

The decision of whether to consider Defendants' supplemental declaration falls squarely within this Court's discretion. See S.E.C. v. Seaboard Corp., 677 F.2d 1301, 1314 (9th Cir. 1982) ("acceptance or rejection of argumentative briefs, memoranda, and other supplementary material is within the sound discretion of the court"). However, leave should only be granted "where a valid reason for such additional briefing exists, such as the movant raises new arguments in its reply brief." Hill v. England, No. CVF05869RECTAG, 2005 WL 3031136, at *1 (E.D. Cal. Nov. 8, 2005); see also Edwards v. Mondora, 700 F. App'x 661, 664 (9th Cir. 2017).

Here, Defendants contend that, without oral argument, it would be in the interest of justice to permit the filing of the supplemental declaration of Audie J. de Castro, the attorney of record for Defendants Calidi Nevada and Calidi Delaware. (Doc. No. 52 at 4.) Defendants' proposed supplemental declaration discusses a new case filed by Plaintiff against Defendant Camaisa in the San Diego Superior Court after briefing on Plaintiff's motion to dismiss and Defendants' motion for summary judgment had completed. (See Doc. No. 52-1.) Defendants filed their opposition to Plaintiff's motion to dismiss on July 17, 2027 and did not learn of Plaintiff's new case until August 26, 2026. (Doc. No. 52 at 3, 4.) Plaintiff opposes the admission of the declaration on the grounds that it does not establish a material fact or change the controlling analysis. (Doc. No. 53 at 2, 3.)

Although the Court does not disagree with some of Plaintiff's contentions, it finds that consideration of the additional declaration is justified under the circumstances. The Court finds the substantive issue in front of the Court—whether dismissal without prejudice causes real legal prejudice to the parties—is best served by having all possible

information at its disposal rather than applying a formulaic rule to preclude consideration of potentially relevant information. Additionally, Plaintiff was able to sufficiently address the supplemental declaration, raising both substantive and procedural arguments in their opposition. (Doc. No. 53.) Accordingly, the Court finds Plaintiff suffers no tangible harm from consideration of the declaration, and the Court will grant Defendants' motion.

**Conclusion**

For the reasons above, the Court grants Defendants' motion for leave to file its supplemental declaration.

**IT IS SO ORDERED.**

DATED: September 10, 2026

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT